# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

MICHAEL J. SCHNITSKI,

    Plaintiff,

v.                                     Case No. CIV-11-450-RAW-KEW

CAROLYN W. COLVIN,
Acting Commissioner, Social Security
Administration,[1]

    Defendant.

## ORDER

On March 14, 2013, United States Magistrate Judge West entered a Report and Recommendation in the above-referenced case, recommending that this Court affirm the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ"), denying benefits to Plaintiff.

Upon full consideration of the entire record and the issues herein, this court finds that the Magistrate Judge's recommendation to affirm the ALJ is well-supported. The ALJ's decision is supported by substantial evidence, and the correct legal standards were applied. Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. The decision of the Commissioner upholding on

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security. In accordance with Fed. R. Civ. P. 25(d), Ms. Colvin is substituted for Michael J. Astrue as the Defendant in this action.

appeal the findings of the ALJ is affirmed.

      IT IS SO ORDERED this 29th day of March, 2013.

**Dated this 29th day of March, 2013.**

                                      Ronald A. White
                                      United States District Judge
                                      Eastern District of Oklahoma